MICHAEL LEHNERS, ESQ.
429 MARSH AVENUE
RENO, NEVADA 89509
Bar No.003331
(775) 786-1695

DOCUMENT ECF FILED ON: 4/27/10

Attorney for Debtor:

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

oOo

IN RE:

ERIC PAUL CRUZE,

    Debtors.
_____/

CASE NO.: 10-51480
(Chapter 7)

HRG. DATE: 7-21-10
AND TIME: 2:00 p—

## MOTION TO AVOID JUDGMENT LIEN

COMES NOW Debtor, ERIC PAUL CRUZE, by and through his attorney Michael Lehners, Esq., files the following Motion to Avoid Judgment Lien recorded by LVNV Funding, LLC. This motion is made and based upon the pleadings on file herein and the following Memorandum of Points and Authorities.

## MEMORANDUM OF POINTS AND AUTHORITIES

The facts in this case are straightforward. The Debtor lives at the real property located at 7945 Fire Opal Lane, Reno, Nevada 89506. On April 22, 2010, the Debtor filed the pending bankruptcy case under Chapter Seven. Creditor LVNV Funding, LLC., obtained a judgment against the Debtor and recorded same on November 19, 2009 with the Washoe County Recorder's Office as Document Number 3822845. A copy of said recorded Judgment is attached hereto as Exhibit "A". On February 1, 2009, the Debtor filed a Homestead Declaration. A copy of same is attached hereto as Exhibit "B".

## ARGUMENT

LVNV Funding's lien on the Debtor's residence is a judgment lien and it is avoidable upon motion pursuant to 11 U.S.C. §522(f), which provides as follows:

> "Notwithstanding any waiver of exemptions, the debtor may avoid the fixing of a lien on an interest of the debtor in property to the extent that such lien impairs an exemption to which the debtor would have been entitled under subsection (b) of this section, if such lien is –
>
> (1)   a judicial lien: . . .

The purpose of this statue is to allow the Debtor to obtain a fresh start by avoiding liens which impair otherwise exempt property, which is exactly the situation at hand. As previously stated, the property located at 7945 Fire Opal Lane, Reno, Nevada is exempt as the Debtor's residence and LVNV Funding's claim against them is an avoidable judicial lien.

Accordingly, the Debtor respectfully requests that this Court enter in an order avoiding said judgment lien.

DATED this ___ day of April, 2010

_____
Michael Lehners, Esq.
Attorney for Debtor.

EXHIBIT "A"

APN#_____

_____

```
DOC # 3822845
11/19/2009 03:04:57 PM
Requested By
PAUL D GUGLIELMO
Washoe County Recorder
Kathryn L. Burke - Recorder
Fee: $18.00 RPTT: $0.00
Page 1 of 5
```

## JUDGMENT BY DEFAULT
**Type of Document**

**Recording requested by:**

Guglielmo & Associates c/o Roberta Ohlinger

**Return to:**

**Name:** Roberta Ohlinger

**Address:** 3376 S Eastern Avenue Ste 188-A

**City/State/Zip:** Las Vegas NV 89169

COPY

**ORIGINAL**

GUGLIELMO & ASSOCIATES
Roberta Ohlinger
Nevada Bar #10946
3376 S Eastern Avenue Ste 188-A
Las Vegas NV 89169
(702)989-1886
Attorney for Plaintiff

FILED

09 SEP 11 PM 4:31

STEVEN TUTTLE
RENO JUSTICE COURT
BY /s/ R. Stanton
DEPUTY

Justice Court, Reno Township
Washoe County, Nevada

LVNV Funding, LLC.            )
                              )    Case No.: RJC2008053352
        Plaintiff,            )
    vs.                       )
                              )    **JUDGMENT BY DEFAULT**
Eric Cruze                    )
                              )
        Defendant(s).         )

Defendant(s) Eric Cruze, having been regularly served with Summons and Complaint, and having failed to appear, plead or answer thereto; the legal time therefore having expired, and not having been extended, the Default of the said Defendant having been duly entered according to law, upon application of said Plaintiff to the Clerk of the Court for the entry of judgment in accordance with the prayer of the Complaint and the Affidavit of the Plaintiff on file herein, and good cause appearing, it is hereby

///

///

1  ORDERED that the Plaintiff have judgment against the Defendant(s), Eric Cruze in the sum of
2  $2485.34 with statutory interest from the date of Judgment, together with Plaintiff's costs and
3  disbursements in the sum of $166.00, together with reasonable attorneys fees in the amount of
4  $250.

5  DATED 9/11/9

6
                                                    JUSTICE OF THE PEACE
7
   Submitted By:
8
   _____
9  Original Signature

10
11
12
   Roberta Ohlinger
13 Nevada Bar #10946
   3376 S Eastern Avenue Ste 188-A
14 Las Vegas NV 89169
   Attorney for Plaintiff
15
16 ///
17
18
19
20
21
22
23
24
25
26
27
28

# AFFIRMATION
Pursuant to NRS 239B.030

The undersigned does hereby affirm that the preceding Default Application

(Title of Document)

filed in District Court Case No. RJC2008053352

**X** Does not contain the social security number of any person.

-OR-

☐ Contains the social security number of a person as required by:

A. A specific state or federal law, to wit:

_____

(State specific law)

-or-

B. For the administration of a public program or for an application for a federal or state grant.

_[signature]_

Roberta Ohlinger

Nevada Bar #10946

Attorney for Plaintiff Lvnv Funding Llc

August 27, 2009

DATE

I hereby certify that the document to which this certificate is affixed is a full, true and correct copy of the original document found in the records or files of the Reno Justice Court Township

Steve Tuttle, Clerk, Reno Justice Court

By: _[signature]_ Deputy Clerk of the Court



# WASHOE COUNTY RECORDER

**OFFICE OF THE RECORDER**
**KATHRYN L. BURKE, RECORDER**

1001 E. NINTH STREET
POST OFFICE BOX 11130
RENO, NEVADA 89520-0027
PHONE (775) 328-3661
FAX (775) 325-8010

## LEGIBILITY NOTICE

The Washoe County Recorder's Office has determined that the attached document may not be suitable for recording by the method used by the Recorder to preserve the Recorder's records. The customer was advised that copies reproduced from the recorded document would not be legible. However, the customer demanded that the document be recorded without delay as the parties rights may be adversely affected because of a delay in recording. Therefore, pursuant to NRS 247.120 (3), the County Recorder accepted the document conditionally, based on the undersigned's representation (1) that a suitable copy will be submitted at a later date (2) it is impossible or impracticable to submit a more suitable copy.

By my signing below, I acknowledge that I have been advised that once the document has been microfilmed it may not reproduce a legible copy.

_____     _11-11-09_____
Signature                                                        Date

_Sandra Leo_____
Printed Name

EXHIBIT "B"

```
DOC # 3616800
02/01/2008 12:07:32 PM
Requested By
VRISA GONZALEZ
Washoe County Recorder
Kathryn L. Burke - Recorder
Fee: $15.00  RPTT: $0.00
Page 1 of 2
```

APN: 507-55406

Recording requested by and mail documents and tax statements to:

Name: Eric Cruze / Vrisa Gonzalez

Address: 7945 Fireopal LN.

City/State/Zip: Reno  NV  89506

**DEC107**
Nevada Legal Forms & Books, Inc. (702) 870-6977
www.legalformsnus.com

## DECLARATION OF HOMESTEAD

CHECK ONE
- ☐ Head of Family
- ☒ Multiple single persons
- ☐ By Husband (filing for benefit of both)
- ☐ Single, Married or Widowed
- ☐ Married (filing joint declaration)
- ☐ By Wife (filing for benefit of both)

CHECK ONE  ☒ HOUSE   ☐ MOBILE HOME   ☐ CONDOMINIUM UNIT   ☐ OTHER

Name on title of property: Eric Paul Cruze

do individually and severally certify and declare that the following named persons is/are residing on the land premises (or mobile home, condominium unit, townhouse) as follows: Vrisa Gonzalez, Adrian Trujillo, Elisa Trujillo, Brenden Cruze

located at (street address) 7945 Fireopal LN

City of Reno, County of Washoe, State of Nevada, and more particularly described as follows: SUBDIVISION: (set forth legal description and commonly known address)

I/We claim the land and premises hereinabove described, together with the dwelling house thereon, and its appurtenances, or the described mobile home as a Homestead.

[X] No former Declaration of Homestead has been made by me, us, or either of us.

[ ] This Declaration of Homestead constitutes an abandonment of the former Declaration recorded on __/__/__.

In Witness Whereof, I/We have hereunto set my hand/our hands on _____

_____      _____
Signature of Declarant                            Signature of Declarant

Eric Cruze                                             Vrisa R Gonzalez
Print or type name here                          Print or type name here

STATE OF NEVADA     )
COUNTY OF Washoe )

On this 28 day of Dec., 20 07, personally appeared before me, a Notary Public Vrisa R. Gonzalez personally known to me to be the person(s) whose name(s) is subscribed to the above instrument who acknowledged that S he___ executed this instrument. Witness my hand and official seal.

_____
Notary Public

SANFORD NGUYEN
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 05-98308-2 - Expires June 20, 2009

My commission expires: June 20 2009
Consult an attorney if you doubt this form's fitness for your purpose.

Declaration of Homestead          Page 2 of 2          Initials _____