**Entered on Docket**
**July 01, 2010**

_____
Honorable John L. Peterson
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
bk@wildelaw.com

Bank of America, NA
10-71845

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | Bk Case Number: 10-51480-gwz |
|---|---|
| Eric P. Cruze and Vrisa R. Gonzalez | Date: 06/22/2010<br>Time: 10:00 am |
| | Chapter 7 |
| Debtor(s). | |

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that relief from the Automatic Stay is granted in the above-entitled bankruptcy proceeding regarding the subject property generally described as 7945 Fire Opal Lane, Reno NV 89508.

Submitted by:
**WILDE & ASSOCIATES**

_/s/ Gregory L. Wilde #10235_

Gregory L. Wilde, Esq.
Attorney for Secured Creditor

APPROVED / DISAPPROVED

_____
Michael Lehners
Attorney for Debtor(s)

APPROVED / DISAPPROVED

_____
Angelique L. M. Clark
Chapter 7 Trustee

3-19-99; 1:52AM;usbc chambers Butte ;4067821178 # 43/ 52
Case 10-51480-gwz    Doc 22    Entered 07/01/10 16:17:22    Page 3 of 3
07/01/2010  09:31  7753262185  U.S.B.C RENO,NV  PAGE  43/52

1. In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
   ___ The court waived the requirements of LR 9021.
2. ___ No parties appeared or filed written objections, and there is no trustee appointed in the case.
   ___ No parties appeared or filed written objections, and the trustee is the movant.
3. _X_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a
4. copy of this proposed order to all counsel who appeared at the hearing, and any trustee
   appointed in this case, any unrepresented parties who appeared at the hearing, and each has
5. approved or disapproved the order, or failed to respond, as indicated below:

6. Debtor's counsel:
7. ___ approved the form of this order         ___ disapproved the form of this order
   ___ waived the right to review the order and/or  _X_ failed to respond to the document
8. ___ appeared at the hearing, waived the right to review the order
9. ___ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
10. ___ approved the form of this order         ___ disapproved the form of this order
    ___ waived the right to review the order and/or  _X_ failed to respond to the document
11.

12. ___ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all
13. counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented
    parties who appeared at the hearing, and each has approved or disapproved the order, or failed to
14. respond, as indicated below.

15. Debtor's counsel:
16. ___ approved the form of this order         ___ disapproved the form of this order
    ___ waived the right to review the order and/or  ___ failed to respond to the document
17. ___ appeared at the hearing, waived the right to review the order
18. ___ matter unopposed, did not appear at the hearing, waived the right to review the order

19. Trustee:
20. ___ approved the form of this order         ___ disapproved the form of this order
    ___ waived the right to review the order and/or  ___ failed to respond to the document

21. ___ I certify that I have served a copy of this order with the motion, and no parties appeared or filed
22. written objection.

23.

24. Submitted by:
    /s/ Gregory L. Wilde, Esq.
25. Gregory L. Wilde, Esq.
    Attorney for Secured Creditor
26.